## Exhibit 1

## Stipulation

57843515.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SILVERROCK DEVELOPMENT COMPANY, LLC, *et al.*,[1] | Case No. 24-11647 (MFW) |
| Debtors. | (Jointly Administered) |
| CONSTRUCTION LOAN SERVICES II, LLC D/B/A BUILDERS CAPITAL, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 26-50232 (MFW) |
| POPPY BANK, | |
| Defendant. | |

**STIPULATION FOR EXTENSION OF TIME**

This Stipulation is entered into as of this 8th day of May, 2026 by and between (i) Construction Loan Services II, LLC d/b/a Builders Capital  ("Plaintiff") and  (ii) Poppy Bank ("Defendant," together with Plaintiff, the "Parties"), by and through their respective undersigned counsel.  The Parties hereby stipulate and agree as follows:

**WHEREAS**, on April 9, 2026, Plaintiff commenced the above-captioned adversary proceeding by filing a complaint [Adv. Docket No. 1] (the "Complaint") against Defendant;

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

57843515.1

2

**WHEREAS**, the Parties have met and conferred and have agreed to extend the deadline within which Defendant must answer, move or otherwise respond to the Complaint, subject to the terms and conditions set forth below.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED, AS FOLLOWS:**

1.      The recitals set forth above are incorporated herein as if fully set forth herein.

2.      The Parties have agreed to extend the time within which Defendant must answer, move or otherwise respond to the Complaint (the "Response Deadline") until June 10, 2026.

3.      This Stipulation is without prejudice to the Parties' rights to seek (or oppose) further extensions of the Response Deadline.

2

57843515.1

Dated: May 8, 2026

**POLSINELLI PC**

Stephen A. Smith, Esq. (DE Bar No. 7456)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: (302) 252-0920
sasmith@polsinelli.com

and

Michael L. Schuster, Esq.
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Telephone: (720) 931-1188
mschuster@polsinelli.com

and

**PACHULSKI STAND ZIEHL & JONES LLP**

*/s/ James O'Neill*
James O'Neill, Esq. (DE Bar No. 4042)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
joneill@pszjlaw.com

and

Ira D. Kharasch, Esq.
Gregory V. Demo, Esq.
Jordan A. Kroop, Esq.
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700

*Counsel to Plaintiff*

**SAUL EWING LLP**

*/s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
mark.minuti@saul.com

and

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

Michael T. Driscoll, Esq.
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212)  634-3055
mdriscoll@sheppard.com

and

Paul Seeley, Esq.
350 South Grand Avenue, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 620-1780
pseeley@shepard.com

*Counsel to Defendant*

3

57843515.1