# **Exhibit 1**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SILVERROCK DEVELOPMENT COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered) |
| CONSTRUCTION LOAN SERVICES II, LLC, D/B/A BUILDERS CAPITAL,<br><br>Plaintiff<br><br>v.<br><br>POPPY BANK, Defendant | Adv. Proc. No. 26-50232 (MFW) |

**STIPULATION REGARDING STAY OF ADVERSARY PROCEEDING**

This Stipulation is entered into between the following parties (collectively, the "Parties") in the above-captioned adversary proceeding, by and through their respective counsel: Plaintiff Construction Loan Services II, d/b/a Builders Capital ("Builders" or "Plaintiff") and Defendant Poppy Bank ("Poppy" or "Defendant").

**RECITALS**

WHEREAS, on April 9, 2026, Builders commenced the above-captioned adversary proceeding (the "Adversary Proceeding") against Poppy; and

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

WHEREAS, Poppy filed its *Motion to Dismiss* [Adv D.I. 14] and accompanying *Memorandum of Law* [Adv. D.I. 15] in the Adversary Proceeding on June 10, 2026; and

WHEREAS Builders filed its *Motion for an Order (I) Valuing Collateral Pursuant to 11 U.S.C. § 506(a) and (II) Granting Related Relief* [Main Case D.I. 1166] (the "Valuation Motion") in the main bankruptcy case captioned In re SilverRock Development Company, *et al* Case No. 24-11647 (MFW) (the "Main Case") on June 11, 2026; and

WHEREAS, Builders and Poppy have conferred and jointly desire to stay the Adversary Proceeding pending the outcome of the Valuation Motion; and

WHEREAS, the Parties agree that, in order to conserve the Court's and the Parties' resources, the Adversary Proceeding should be stayed in its entirety and held in abeyance, including, without limitation, staying all obligations of the Parties under Rule 26 of the Federal Rules of Civil Procedure made applicable by Rule 7026 of the Federal Rules of Bankruptcy Procedure, pending the earlier of (a) resolution of the Valuation Motion, (b) further mutual agreement of the Parties in writing, or (c) further Court Order.

**STIPULATION**

NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

1. The Parties stipulate and agree to a stay of the Adversary Proceeding, in its entirety, including all obligations and deadlines therein (the "Adversary Proceeding Stay"), which Adversary Proceeding Stay shall continue until the earlier of (a) thirty (30) days after the Court enters a final, non-appealable Order adjudicating the Valuation Motion or withdrawal of the Valuation Motion, (b) the Parties mutually agree otherwise in writing or (c) this Court enters an Order lifting the Adversary Proceeding Stay.

2. The Parties stipulate that the Parties will meet and confer within fourteen (14) days of expiration or termination of the Adversary Proceeding Stay to determine mutually agreeable dates for the remaining deadlines in the Adversary Proceeding.

3. The Parties stipulate that, within seven (7) days after the meet and confer between the Parties described in Paragraph 2 herein, the Parties will submit to the Court either (i) an amended scheduling order reflecting the Parties' agreed-upon proposed dates for the remaining deadlines in the Adversary Proceeding or (ii) a statement that the Parties could not agree upon such proposed dates together with each Party's respective proposed dates for the remaining deadlines in the Adversary Proceeding.

Dated: June 19, 2026

**POLSINELLI PC**

Michael L. Schuster, Esq.
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Telephone: (720) 931-1188
mschuster@polsinelli.com

and

**PACHULSKI STAND ZIEHL & JONES LLP**

*/s/ James O'Neill*
James O'Neill, Esq. (DE Bar No. 4042)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
joneill@pszjlaw.com

and

Ira D. Kharasch, Esq.
Gregory V. Demo, Esq.
Jordan A. Kroop, Esq.
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
ikharasch@pszjlaw.com
gdemo@pszjlaw.com
jkroop@pszjlaw.com

*Counsel to Plaintiff*

**SAUL EWING LLP**

*/s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
mark.minuti@saul.com

and

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

Michael T. Driscoll, Esq.
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 634-3055
mdriscoll@sheppard.com

and

Paul Seeley, Esq.
350 South Grand Avenue, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 620-1780
pseeley@shepard.com

and

**ABBEY, WEITZENBERG, WARREN & EMERY PC**

Mitchell B. Greenberg, Esq.
100 Stony Point Rd., Ste. 200
Santa Rosa, CA 95401
Telephone: (707) 542-5050
mgreenberg@abbeylaw.com

*Counsel to Defendant*